# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2883
Lower Tribunal No. 2018-CF-004010-A-O

_____

HARRY LEE GOLDSBORO, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. R. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

June 11, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WOZNIAK, JJ., concur.

Harry Lee Goldsboro, II, Cocoa, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED